EDWARD HOWARD VS. SHIP *Duke,* 1748

D. Updile
for the App^lees

At a Court of Vice Admiralty held at Newport In the Colony of Rhode Island on Friday the Twenty sixth of August A. D. 1748.

Present the Hon^ble W^m Strengthfield Esq^r D. Judge.